United States District Court
Southern District of Texas

**ENTERED**

May 19, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| GINA KARACOSTAS, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:24-cv-314 |
| | § | |
| LINDE INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 30, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. Judge Edison filed a memorandum and recommendation on May 2, 2025, recommending that Defendants' Motion for Summary Judgment (Dkt. 22) be granted as to all defendants. Dkt. 52.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 52) is approved and adopted in its entirety as the holding of the court; and

(2) Defendants' Motion for Summary Judgment (Dkt. 22) is granted.

SIGNED on Galveston Island this 19th day of May 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE